**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Robert Tyler Colmyer,

*Debtor*.

| | |
|---|---|
| Case No.: | 26–20828–EJO |
| Chapter: | 13 |
| Hearing Date: | 10/22/2026 |
| Judge: | Eamonn James O'Hagan |

**Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents**

Debtor Robert Tyler Colmyer, through his attorney, moves for the entry of an order extending the time to file various documents under 11 U.S.C. § 521(i)(3); and Fed. R. Bankr. P. 1007(a)(5), 1007(c)(7), and 9006(b)(1) ("the Schedules").

1. The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on September 23, 2026.

2. This case was filed in an emergency to prevent the sale of the Debtor's real property, which would have caused him irreparable harm.

3. Because this case was filed on an emergent basis, the Schedules were not filed with the petition.

4. The Court entered an order directing the Debtor to show cause why the case should not be dismissed for failure to file the Schedules.

5. The order to show cause is set for hearing on October 22, 2026.

6. The Schedules have been prepared in earnest, but the Debtor needs additional time to obtain several documents necessary to complete them.

7. To enable him to do so, the Debtor requests that the Court extend the time to file the Schedules through and including October 29, 2026.

**FOR THOSE REASONS,** the Court should grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: October 21, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad