**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Robert Tyler Colmyer,

*Debtor*.

| | |
|---|---|
| Case No.: | 26–20828–EJO |
| Chapter: | 13 |
| Hearing Date: | 10/22/2026 |
| Judge: | Eamonn James O'Hagan |

Recommended Local Form: ☒ Followed ☐ Modified

**Order re Extension of Time to File Schedules**

The relief set forth on the following page is hereby **ORDERED**.

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

**ORDERED** that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to October 29, 2026. If Debtor fails to file the missing documents by the extended deadline, then the case will be dismissed without further notice.

☐ Denied.