| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>2025-0567<br><br>POWERS KIRN, LLC<br>ecf@powerskirn.com<br>Jeanette J. O'Donnell<br>308 Harper Drive, Suite 210<br>Moorestown, NJ 08057<br>856-802-1000<br>Attorney for JPMorgan Chase Bank, National Association | |
|---|---|
| In Re:<br><br>Robert Tyler Colmyer | Case No.: 26-20828-EJO<br><br>Chapter: 13<br><br>Judge: Honorable Eamonn J. O'Hagan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of JPMorgan Chase Bank, National Association. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

Powers Kirn, LLC
308 Harper Drive, Suite 210
Moorestown, NJ 08057

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

POWERS KIRN, LLC

/s/ *Jeanette J. O'Donnell*

Date: November 2, 2026 By: Jeanette J. O'Donnell