UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2025-0567

POWERS KIRN, LLC
ecf@powerskirn.com
Jeanette J. O'Donnell
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for JPMorgan Chase Bank, National Association

| | |
|---|---|
| In Re:<br><br>Robert Tyler Colmyer | Case No.: 26-20828-EJO<br><br>Hearing Date: N/A<br><br>Judge: Honorable Eamonn J. O'Hagan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Jeanette J. O'Donnell:

   ☒ represent the Creditor in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the ________________________________in the above case and am representing myself.

2. On November 2, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance and Request for Notices

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 2, 2026

/s/ *Jeanette J. O'Donnell*
Jeanette J. O'Donnell

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other F.R.Civ.P. 5(b)(1)(E)<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Michael I. Assad, Esquire<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other F.R.Civ.P. 5(b)(1)(E)<br>(As authorized by the court or by rule. Cite the rule if applicable) |
| Robert Tyler Colmyer<br>421 Holly Boulevard<br>Bayville, NJ 08721-2613 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other ______________________<br>(As authorized by the court or by rule. Cite the rule if applicable) |