Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−20828−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert Tyler Colmyer
421 Holly Blvd
Bayville, NJ 08721−2613

Social Security No.:
xxx−xx−4461

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date: 12/16/26
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 3, 2026
JAN: mrg

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-20828-EJO

Robert Tyler Colmyer Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3

Date Rcvd: Nov 03, 2026 Form ID: 132 Total Noticed: 46

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | # | Robert Tyler Colmyer, 421 Holly Blvd, Bayville, NJ 08721-2613 |
| 521374034 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521374035 | | City of Port Republic, 143 Main St, Port Republic, NJ 08241-9760 |
| 521374038 | | County of Atlantic, Sheriff's Office, 4997 Unami Blvd, Mays Landing, NJ 08330-2017 |
| 521374037 | | County of Atlantic, Department of Law, 1333 Atlantic Ave, Atlantic City, NJ 08401-7212 |
| 521374041 | | Cucumber Capital LLC, Attn: Bankruptcy, 100 Cedarhurst Ave, Cedarhurst, NY 11516-2158 |
| 521374056 | | Ramblewood Village Apartments, Attn: Bankruptcy, 1190 S Church St, Mount Laurel Township, NJ 08054-2912 |
| 521374060 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2026 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 03 2026 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521374590 | | Email/Text: bnc@atlasacq.com | Nov 03 2026 20:36:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 521374030 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2026 20:42:14 | American Express, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 521412462 | | Email/PDF: bncnotices@becket-lee.com | Nov 03 2026 20:41:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 521374031 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 03 2026 20:36:00 | Aspire Credit Card, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 521394434 | | Email/Text: notices@bkservicing.com | Nov 03 2026 20:37:00 | Mercedes-Benz Vehicle Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 521374036 | | Email/Text: cfcbackoffice@contfinco.com | Nov 03 2026 20:37:00 | Continental Finance Company LLC, Attn: Bankruptcy, 4550 New Linden Hill Rd, Wilmington, DE 19808 |
| 521374042 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 03 2026 20:41:49 | CW Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 521374032 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2026 20:42:12 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 521374033 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2026 20:42:12 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521384884 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 03 2026 20:42:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521374039 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 03 2026 20:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 521374040 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 03 2026 20:41:56 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521374043 | | Email/Text: bankruptcy@fco.com | Nov 03 2026 20:37:00 | Fair Collections & Outsourcing, Attn: Bankruptcy, 14400 Sweitzer Ln #235, Laurel, MD 20707-3006 |
| 521374044 | + | Email/Text: argbsref@geico.com | Nov 03 2026 20:37:00 | GEICO, Attn: Bankruptcy, 7272 Wisconsin Ave, Bethesda, MD 20814-5011 |
| 521374045 | | Email/Text: headwaybnc@enova.com | Nov 03 2026 20:36:00 | Headway Capital LLC, Attn: Bankruptcy, 175 W Jackson Blvd Suite 1000, Chicago, IL 60604-2863 |
| 521374046 | | Email/Text: Bankruptcy@ICSystem.com | Nov 03 2026 20:37:00 | IC System Inc., Attn: Bankruptcy, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 521424531 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2026 20:37:00 | Internal Revenue Service, Attn: Bankruptcy, 2970 Market St., Philadelphia, PA 19104-5002 |
| 521374049 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 03 2026 20:42:25 | JPMorgan Chase, Attn: Bankruptcy, 270 Park Ave, New York, NY 10017-2014 |
| 521411724 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 03 2026 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 521374048 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 03 2026 20:38:00 | Jefferson Capital LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 521374050 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 20:42:16 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 521396727 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 20:42:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521374051 | | Email/Text: FWBankruptcyTeam@mercedes-benz.com | Nov 03 2026 20:36:00 | Mercedes-Benz Financial, Attn: Bankruptcy, PO Box 961, Roanoke, TX 76262-0961 |
| 521374052 | | Email/Text: Mercury@ebn.phinsolutions.com | Nov 03 2026 20:36:00 | Mercury Financial, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 521374053 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 03 2026 20:42:10 | Merrick Bank Corp, Attn: Bankruptcy, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 521374054 | | Email/PDF: cbp@omf.com | Nov 03 2026 20:42:23 | OneMain Financial Group LLC, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 521374055 | ^ | MEBN | Nov 03 2026 20:29:10 | PSEG, Attn: Bankruptcy, 80 Park Plz, Newark, NJ 07102-4194 |
| 521374057 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2026 20:42:16 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 521393440 | + | Email/Text: BKRMailOps@weltman.com | Nov 03 2026 20:37:00 | SCJ COMMERCIAL FINANCIAL SERVICES, c/o Weltman, Weinberg & Reis Co., L.P.A., 5990 West Creek Rd., Suite 200, Independence, OH 44131-2191 |
| 521374059 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 03 2026 20:36:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521423309 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 03 2026 20:36:00 | State of New Jersey-Division of Taxation, PO Box 245-Bankruptcy unit, 5th floor, Trenton, NJ 08695-0245 |
| 521374058 | ^ | MEBN | Nov 03 2026 20:28:47 | State of New Jersey, Office of Attorney General, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |

| | | | | |
|---|---|---|---|---|
| 521374061 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 03 2026 20:42:24 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 521374062 | | Email/Text: usanj.njbankr@usdoj.gov | Nov 03 2026 20:37:00 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521374063 | ^ | MEBN | Nov 03 2026 20:29:01 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521374064 | | Email/Text: legalSOP@WEXInc.com | Nov 03 2026 20:37:00 | Wex Inc., Attn: Bankruptcy, 1 Hancock St, Portland, ME 04101-4217 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521374047 | * | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Jeanette O'Donnell | on behalf of Creditor JPMorgan Chase Bank National Association ecf@powerskirn.com |
| Michael I. Assad | on behalf of Debtor Robert Tyler Colmyer mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor JPMorgan Chase Bank National Association ecf@powerskirn.com |

TOTAL: 5